**95–2574.** Gannett v. Goodyear Tire & Rubber Co. On answer of respondent Goodyear Tire & Rubber Company and on answer of respondent Industrial Commission. *Sua sponte,* alternative writ granted.

On request for oral argument. Request denied.

**95–2576.** Cincinnati Bell Tel. Co. v. Pub. Util. Comm. Public Utilities Commission, No. 94–1695–TP–ACE. On motion to dismiss and on intervenor's motion to dismiss. Motions denied.

DOUGLAS, J., dissents and would grant both motions.

**95–2577.** W. Side Deutscher Frauen Verein v. Tracy. Board of Tax Appeals, No. 94–K–702. On request for argument before full court. Request granted.

DOUGLAS, RESNICK and COOK, JJ., dissent.

**95–2621.** Ohio Tel. Assn. v. Pub. Util. Comm. Public Utilities Commission, No. 94–1695–TP–ACE. On motion to dismiss and on intervenor's motion to dismiss. Motions denied.

DOUGLAS, J., dissents and would grant both motions.

**96–221.** State v. Gillard. *Stark County,* No. 95CA0257. On motion for evidentiary hearing and on motion for supplementation of the record. Motions denied.

**96–304.** Tarr v. Bur. of Workers' Comp. In Mandamus. On answer of respondent. *Sua sponte,* alternative writ granted and oral argument denied.

**96–452.** State v. Davie. *Trumbull County,* No. 92–T–4693. On motion for stay of execution. Motion granted.

PFEIFER, J., dissents.

**96–475.** In re Graybill/Rowe Children. *Stark County,* No. 95CA0109. On review of order certifying a conflict. The court determines that a conflict exists, *sua sponte,* cause consolidated with 96–474, *infra,* and cause held for the decision in 95–941, 95–942, 95–1213, 95–1510 and 95–1688, *infra;* briefing schedule stayed.

**96–677.** State v. Smith. *Butler County,* Court of Common Pleas, No. CR95050471. On motion for release of evidence from record. Motion granted. Appellant must specifically demonstrate on or before July 1, 1996 why photographs would be an inadequate substitute for any particular item of evidence. Otherwise, on July 29, 1996, the evidence in the four exhibits will be released to the probate court for distribution to the heirs after photographs have been substituted for the evidence.

**96–785.** State ex rel. Ferguson v. Indus. Comm. In Mandamus. *Sua sponte,* alternative writ granted.

**96–845.** State v. Coy. *Montgomery County,* No. CA–14415. On motion for leave to file delayed appeal. Motion denied.

**96–848.** State v. Hale. *Lorain County,* No. 94CA006005. On motion for leave to file delayed appeal. Motion denied.

**96–862.** Rice v. O'Grady. In Mandamus. *Sua sponte,* alternative writ granted.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent and would dismiss the cause.

**96–913.** State v. Hobbs. *Lorain County,* No. 89CA004600. On motion for leave to file delayed appeal. Motion denied.

**96–938.** State v. Hill. *Montgomery County,* No. 15630. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

**96–939.** Smith v. Ohio Dept. of Human Serv. *Clermont County,* No. CA95–07–044. On motion for stay of execution. Motion denied.

**96–971.** State v. Shepherd. *Summit County,* No. 15777. On motion for leave to file delayed appeal. Motion denied.

COOK, J., not participating.